UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-61984-CIV-ROSENBAUM (CONSENT)

200 LESLIE CONDOMINIUM
ASSOCIATION, INC.,

       Plaintiff,

v.

QBE INSURANCE CORP.,

       Defendant.
_____/

**ORDER**

       This matter comes before the Court *sua sponte*. On June 21, 2011, the Court stayed Count III of the Second Amended Complaint because the correct resolution of it turned on the Florida Supreme Court's answer to the questions that the Eleventh Circuit certified to the Florida Supreme Court in *QBE Insurance Corp. v. Chalfonte Condominium Apartment Association, Inc.*, 561 F.3d 1267 (11th Cir. 2009). *See* D.E. 54. In the same June 21, 2011, Order, the Court dismissed Counts I and II of the Second Amended Complaint without prejudice.

       The Parties have filed their June 9, 2012, Status Report with the Court, indicating that the Florida Supreme Court has decided *Chalfonte Condominium Apartment Association v. QBE Insurance Corp.*, although the decision is not yet final. *See* D.E. 62. Therefore, the parties shall file a status report with the Court within five days of the *Chalfonte* decision's becoming final. Within thirty days of the *Chalfonte* decision's becoming final, Plaintiff shall indicate whether it intends to proceed with Count III of the Second Amended Complaint. Also within that same period, should

Plaintiff wish to seek to file a third amended complaint regarding the dismissed Counts I and II, it shall file its motion for leave to amend, attaching a copy of the proposed Third Amended Complaint.

**DONE AND ORDERED** this 12th day of June 2012.

_____
ROBIN S. ROSENBAUM
UNITED STATES MAGISTRATE JUDGE

cc:   Counsel of Record