**Gissen & Zawyer Process Service, Inc.**
1550 Biscayne Blvd
Suite 200
Miami, FL 33132
Phone: (305) 371-4664
Fax: (305) 374-8262
65-0843868

**INVOICE**



Invoice #ZPS-2012083696
10/12/2012

Original Date: 10/5/2012



**BERK, MERCHANT & SIMS, PLC**
2 Alhambra Plaza
Ste 700
Coral Gables, FL 33134

**Case Number: Southern 10-61984-CIV-OTAZO-REYES**

Plaintiff:
**200 LESLIE CONDOMINIUM ASSOCIATION**

Defendant:
**QBE INSURANCE CORPORATION**

Received: 10/4/2012   Served: 10/4/2012 2:15 pm   AUTHORIZED
To be served on: CORP REP/ PARAMOUNT CONSULTING BY THE RAAM GROUP, INC. C/O REGISTERED AGENT: SPIEGEL & UTRERA, P.A.

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Subpoena DADE) | 1.00 | 25.00 | 25.00 |
| Rush Fee | 1.00 | 25.00 | 25.00 |
| Same Day Rush | 1.00 | 25.00 | 25.00 |
| Witness Fee | 1.00 | 45.00 | 45.00 |
| TOTAL CHARGED: | | | $120.00 |
| **BALANCE DUE:** | | | **$120.00** |

Please indicate our invoice number on your check, or enclose a copy of this invoice with your payment.

In the event of collection, the attorney/client will be responsible for attorney fees and all costs incurred. Jurisdiction is vested in Miami Dade County, Florida.

MAJOR CREDIT CARDS ACCEPTED

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m

**Gissen & Zawyer Process Service, Inc.**
1550 Biscayne Blvd
Suite 200
Miami, FL 33132
Phone: (305) 371-4664
Fax: (305) 374-8262
65-0843868



# INVOICE



Invoice #ZPS-2012084078
10/11/2012



BERK, MERCHANT & SIMS, PLC
2 Alhambra Plaza
Ste 700
Coral Gables, FL 33134

**Case Number:** Southern 10-61984-CIV-OTAZO-REYES

Plaintiff:
**200 LESLIE CONDOMINIUM ASSOCIATION**

Defendant:
**QBE INSURANCE CORPORATION**

Received: 10/5/2012   Served: 10/9/2012 6:15 pm   SUBSTITUTE - SPOUSE
To be served on: WIND READY INC C/O REGISTERED AGENT CARLOS F. RODRIGUEZ

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Subpoena DADE) | 1.00 | 25.00 | 25.00 |
| Rush Fee | 1.00 | 25.00 | 25.00 |
| Same Day Rush | 1.00 | 25.00 | 25.00 |
| Witness Fee | 1.00 | 49.73 | 49.73 |
| TOTAL CHARGED: | | | $124.73 |

**BALANCE DUE:** $124.73

Please indicate our invoice number on your check, or enclose a copy of this invoice with your payment.

In the event of collection, the attorney/client will be responsible for attorney fees and all costs incurred. Jurisdiction is vested in Miami Dade County, Florida.

MAJOR CREDIT CARDS ACCEPTED

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m

Gissen & Zawyer Process Service, Inc.  
1550 Biscayne Blvd  
Suite 200  
Miami, FL 33132  
Phone: (305) 371-4664  
Fax: (305) 374-8262  
65-0843868

**INVOICE**



Invoice #ZPS-2012084079  
10/11/2012



BERK, MERCHANT & SIMS, PLC  
2 Alhambra Plaza  
Ste 700  
Coral Gables, FL 33134

**Case Number: Southern 10-61984-CIV-OTAZO-REYES**

Plaintiff:  
**200 LESLIE CONDOMINIUM ASSOCIATION**

Defendant:  
**QBE INSURANCE CORPORATION**

Received: 10/5/2012   Served: 10/9/2012 12:00 pm   AUTHORIZED  
To be served on: TAYLOR CONTRACTING AND ROOFING, INC C/O REGISTERED AGENT ERICA C. TAYLOR

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Subpoena BROWARD) | 1.00 | 30.00 | 30.00 |
| Rush Fee | 1.00 | 30.00 | 30.00 |
| Same Day Rush | 1.00 | 30.00 | 30.00 |
| Witness Fee | 1.00 | 76.02 | 76.02 |
| TOTAL CHARGED: | | | $166.02 |
| **BALANCE DUE:** | | | **$166.02** |

Please indicate our invoice number on your check, or enclose a copy of this invoice with your payment.

In the event of collection, the attorney/client will be responsible for attorney fees and all costs incurred. Jurisdiction is vested in Miami Dade County, Florida.

MAJOR CREDIT CARDS ACCEPTED

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m

**Gissen & Zawyer Process Service, Inc.**
1550 Biscayne Blvd
Suite 200
Miami, FL 33132
Phone: (305) 371-4664
Fax: (305) 374-8262
65-0843868

## INVOICE



Invoice #ZPS-2012093162
11/15/2012



**BERK, MERCHANT & SIMS, PLC**
2 Alhambra Plaza
Ste 700
Coral Gables, FL 33134

**Case Number: Southern 10-61984-CIV-OTAZO-REYES**

Plaintiff:
**200 LESLIE CONDOMINIUM ASSOCIATION**

Defendant:
**QBE INSURANCE CORPORATION**

Received: 11/14/2012   Served: 11/14/2012 3:54 pm   AUTHORIZED
To be served on: CORP REP/ PARAMOUNT CONSULTING BY THE RAAM GROUP, INC. C/O REGISTERED AGENT: SPIEGEL & UTRERA, P.A.

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Subpoena DADE) | 1.00 | 25.00 | 25.00 |
| Rush Fee | 1.00 | 25.00 | 25.00 |
| Same Day Rush | 1.00 | 25.00 | 25.00 |
| Witness Fee | 1.00 | 45.00 | 45.00 |
| **TOTAL CHARGED:** | | | **$120.00** |
| **BALANCE DUE:** | | | **$120.00** |

Please indicate our invoice number on your check, or enclose a copy of this invoice with your payment.

In the event of collection, the attorney/client will be responsible for attorney fees and all costs incurred. Jurisdiction is vested in Miami Dade County, Florida.

MAJOR CREDIT CARDS ACCEPTED

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m

**Gissen & Zawyer Process Service, Inc.**
1550 Biscayne Blvd
Suite 200
Miami, FL 33132
Phone: (305) 371-4664
Fax: (305) 374-8262
65-0843868

## INVOICE



Invoice #ZPS-2012093248
1/17/2013

Original Date: 11/19/2012

**BERK, MERCHANT & SIMS, PLC**
2 Alhambra Plaza
Ste 700
Coral Gables, FL 33134

Reference Number: 014063.0311

**Case Number: SOUTHERN 10-61984-CIV-ROSENBAUM**

Plaintiff:
**200 LESLIE CONDOMINIUM ASSOCIATION, INC.**

Defendant:
**QBE INSURANCE CORPORATION**

Received: 11/14/2012   Served: 11/15/2012 3:05 pm  AUTHORIZED
To be served on: TAYLOR CONTRACTING AND ROOFING, INC. C/O REGISTERED AGENT, ERICA C. TAYLOR

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Subpoena BROWARD) | 1.00 | 30.00 | 30.00 |
| Rush Fee | 1.00 | 30.00 | 30.00 |
| Same Day Rush | 1.00 | 30.00 | 30.00 |
| Witness Fee | 1.00 | 45.00 | 45.00 |
| **TOTAL CHARGED:** | | | $135.00 |
| **BALANCE DUE:** | | | $135.00 |

Please indicate our invoice number on your check, or enclose a copy of this invoice with your payment.

In the event of collection, the attorney/client will be responsible for attorney fees and all costs incurred. Jurisdiction is vested in Miami Dade County, Florida.

MAJOR CREDIT CARDS ACCEPTED

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m

Gissen & Zawyer Process Service, Inc.  **INVOICE** 
1550 Biscayne Blvd
Suite 200
Miami, FL 33132
Phone: (305) 371-4664
Fax: (305) 374-8262
65-0843868

Invoice #ZPS-2012093249
1/17/2013

Original Date: 11/21/2012

BERK, MERCHANT & SIMS, PLC
2 Alhambra Plaza
Ste 700
Coral Gables, FL 33134

Reference Number: 014063.0311

**Case Number: SOUTHERN 10-61984-CIV-ROSENBAUM**

Plaintiff:
**200 LESLIE CONDOMINIUM ASSOCIATION, INC.**

Defendant:
**QBE INSURANCE CORPORATION**

Received: 11/14/2012   Served: 11/19/2012 7:00 pm   SUBSTITUTE - RESIDENCE
To be served on: WIND READY C/O REGISTERED AGENT, CARLO F. RODRIGUEZ

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Subpoena DADE) | 1.00 | 25.00 | 25.00 |
| Rush Fee | 1.00 | 25.00 | 25.00 |
| Same Day Rush | 1.00 | 25.00 | 25.00 |
| Witness Fee | 1.00 | 45.00 | 45.00 |
| TOTAL CHARGED: | | | $120.00 |
| **BALANCE DUE:** | | | **$120.00** |

Please indicate our invoice number on your check, or enclose a copy of this invoice with your payment.

In the event of collection, the attorney/client will be responsible for attorney fees and all costs incurred.  Jurisdiction is vested in Miami Dade County, Florida.

MAJOR CREDIT CARDS ACCEPTED

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m

**Gissen & Zawyer Process Service, Inc.**
1550 Biscayne Blvd
Suite 200
Miami, FL 33132
Phone: (305) 371-4664
Fax: (305) 374-8262
65-0843868

## INVOICE



Invoice #ZPS-2013001024
1/23/2013



BERK, MERCHANT & SIMS, PLC
2 Alhambra Plaza
Ste 700
Coral Gables, FL 33134

Reference Number: 014063.0311

### Case Number: SOUTHERN 10-61984-CIV-OTAZO-REYES

Plaintiff:
**200 LESLIE CONDOMINIUM ASSOCIATION**

Defendant:
**QBE INSURANCE CORPORATION**

Received: 1/7/2013   Served: 1/18/2013 3:19 pm   AUTHORIZED
To be served on: JEFFREY DOBBINS TSSA STORM SAFE, INC.

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Subpoena PALM BEACH) | 1.00 | 35.00 | 35.00 |
| Rush Fee | 1.00 | 35.00 | 35.00 |
| Additional Addresses FRUTILAND, FL | 1.00 | 59.00 | 59.00 |
| Rush Fee FRUITLAND, FL | 1.00 | 59.00 | 59.00 |
| Additional Addresses (BROWARD) | 1.00 | 30.00 | 30.00 |
| Rush Fee (BROWARD) | 1.00 | 30.00 | 30.00 |
| TOTAL CHARGED: | | | $248.00 |

**BALANCE DUE:** $248.00

Please indicate our invoice number on your check, or enclose a copy of this invoice with your payment.

In the event of collection, the attorney/client will be responsible for attorney fees and all costs incurred. Jurisdiction is vested in Miami Dade County, Florida.

MAJOR CREDIT CARDS ACCEPTED

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m

**Gissen & Zawyer Process Service, Inc.**
1550 Biscayne Blvd
Suite 200
Miami, FL 33132
Phone: (305) 371-4664
Fax: (305) 374-8262
65-0843868

# INVOICE



Invoice #ZPS-2013001025
1/10/2013



BERK, MERCHANT & SIMS, PLC
2 Alhambra Plaza
Ste 700
Coral Gables, FL 33134

Reference Number: 014063.0311

**Case Number: SOUTHERN 10-61984-CIV-OTAZO-REYES**

Plaintiff:
**200 LESLIE CONDOMINIUM ASSOCIATION**

Defendant:
**QBE INSURANCE CORPORATION**

Received: 1/7/2013   Served: 1/8/2013 3:20 pm  AUTHORIZED
To be served on: DAVID TAYLOR TAYLOR CONTRACTING AND ROOFING, INC.

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Subpoena BROWARD) | 1.00 | 30.00 | 30.00 |
| Rush Fee | 1.00 | 30.00 | 30.00 |
| TOTAL CHARGED: | | | $60.00 |

**BALANCE DUE:** $60.00

Please indicate our invoice number on your check, or enclose a copy of this invoice with your payment.

In the event of collection, the attorney/client will be responsible for attorney fees and all costs incurred. Jurisdiction is vested in Miami Dade County, Florida.

MAJOR CREDIT CARDS ACCEPTED

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m

**Gissen & Zawyer Process Service, Inc.**
1550 Biscayne Blvd
Suite 200
Miami, FL 33132
Phone: (305) 371-4664
Fax: (305) 374-8262
65-0843868

**INVOICE**



Invoice #ZPS-2013001026
1/14/2013



BERK, MERCHANT & SIMS, PLC
2 Alhambra Plaza
Ste 700
Coral Gables, FL 33134

Reference Number: 014063.0311

**Case Number: SOUTHERN 10-61984-CIV-OTAZO-REYES**

Plaintiff:
**200 LESLIE CONDOMINIUM ASSOCIATION**

Defendant:
**QBE INSURANCE CORPORATION**

Received: 1/7/2013    Served: 1/10/2013 2:25 pm   INDIVIDUAL
To be served on: DAMARIS BORRELLI

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Subpoena BROWARD) | 1.00 | 30.00 | 30.00 |
| Rush Fee | 1.00 | 30.00 | 30.00 |
| TOTAL CHARGED: | | | $60.00 |

**BALANCE DUE:** $60.00

Please indicate our invoice number on your check, or enclose a copy of this invoice with your payment.

In the event of collection, the attorney/client will be responsible for attorney fees and all costs incurred. Jurisdiction is vested in Miami Dade County, Florida.

MAJOR CREDIT CARDS ACCEPTED

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m

**Gissen & Zawyer Process Service, Inc.**
1550 Biscayne Blvd
Suite 200
Miami, FL 33132
Phone: (305) 371-4664
Fax: (305) 374-8262
65-0843868

# INVOICE



Invoice #ZPS-2013001027
1/11/2013



BERK, MERCHANT & SIMS, PLC
2 Alhambra Plaza
Ste 700
Coral Gables, FL 33134

Reference Number: 014063.0311

### Case Number: SOUTHERN 10-61984-CIV-OTAZO-REYES

Plaintiff:
**200 LESLIE CONDOMINIUM ASSOCIATION**

Defendant:
**QBE INSURANCE CORPORATION**

Received: 1/7/2013   Served: 1/9/2013 3:00 pm   AUTHORIZED
To be served on: REPRESENTATIVE ALLIED APPRAISAL SERVICES, INC.

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Subpoena BROWARD) | 1.00 | 30.00 | 30.00 |
| Rush Fee | 1.00 | 30.00 | 30.00 |
| **TOTAL CHARGED:** | | | **$60.00** |
| **BALANCE DUE:** | | | **$60.00** |

Please indicate our invoice number on your check, or enclose a copy of this invoice with your payment.

In the event of collection, the attorney/client will be responsible for attorney fees and all costs incurred. Jurisdiction is vested in Miami Dade County, Florida.

MAJOR CREDIT CARDS ACCEPTED

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m

**Gissen & Zawyer Process Service, Inc.**
1550 Biscayne Blvd
Suite 200
Miami, FL 33132
Phone: (305) 371-4664
Fax: (305) 374-8262
65-0843868

**INVOICE**



Invoice #ZPS-2013001028
1/21/2013



BERK, MERCHANT & SIMS, PLC
2 Alhambra Plaza
Ste 700
Coral Gables, FL 33134

Reference Number: 014063.0311

**Case Number: SOUTHERN 10-61984-CIV-OTAZO-REYES**

Plaintiff:
**200 LESLIE CONDOMINIUM ASSOCIATION**

Defendant:
**QBE INSURANCE CORPORATION**

Received: 1/7/2013   Served: 1/17/2013 9:00 am   SUBSTITUTE - RESIDENCE
To be served on: RICHARD MOORE PARAMOUNT CONSULTING

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Subpoena DADE) | 1.00 | 25.00 | 25.00 |
| Rush Fee | 2.00 | 25.00 | 50.00 |
| Additional Addresses (DADE) | 1.00 | 25.00 | 25.00 |
| TOTAL CHARGED: | | | $100.00 |
| **BALANCE DUE:** | | | **$100.00** |

Please indicate our invoice number on your check, or enclose a copy of this invoice with your payment.

In the event of collection, the attorney/client will be responsible for attorney fees and all costs incurred. Jurisdiction is vested in Miami Dade County, Florida.

MAJOR CREDIT CARDS ACCEPTED

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m

**Gissen & Zawyer Process Service, Inc.**
1550 Biscayne Blvd
Suite 200
Miami, FL 33132
Phone: (305) 371-4664
Fax: (305) 374-8262
65-0843868

**INVOICE**



Invoice #ZPS-2013001029
1/21/2013



BERK, MERCHANT & SIMS, PLC
2 Alhambra Plaza
Ste 700
Coral Gables, FL 33134

Reference Number: 014063.0311

**Case Number: SOUTHERN 10-61984-CIV-OTAZO-REYES**

Plaintiff:
**200 LESLIE CONDOMINIUM ASSOCIATION**

Defendant:
**QBE INSURANCE CORPORATION**

Received: 1/7/2013  Served: 1/17/2013 9:20 am  INDIVIDUAL
To be served on: DANIEL SANDOVAL, C.G.C. WIND READY INC.

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Subpoena DADE) | 1.00 | 25.00 | 25.00 |
| Rush Fee | 2.00 | 25.00 | 50.00 |
| Additional Addresses (DADE) | 1.00 | 25.00 | 25.00 |
| **TOTAL CHARGED:** | | | $100.00 |
| **BALANCE DUE:** | | | $100.00 |

Please indicate our invoice number on your check, or enclose a copy of this invoice with your payment.

In the event of collection, the attorney/client will be responsible for attorney fees and all costs incurred. Jurisdiction is vested in Miami Dade County, Florida.

MAJOR CREDIT CARDS ACCEPTED

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m

**Gissen & Zawyer Process Service, Inc.**
1550 Biscayne Blvd
Suite 200
Miami, FL 33132
Phone: (305) 371-4664
Fax: (305) 374-8262
65-0843868

## INVOICE



Invoice #ZPS-2013001030
1/14/2013



BERK, MERCHANT & SIMS, PLC
2 Alhambra Plaza
Ste 700
Coral Gables, FL 33134

Reference Number: 014063.0311

**Case Number: SOUTHERN 10-61984-CIV-OTAZO-REYES**

Plaintiff:
**200 LESLIE CONDOMINIUM ASSOCIATION**

Defendant:
**QBE INSURANCE CORPORATION**

Received: 1/7/2013   Served: 1/8/2013 12:00 pm  AUTHORIZED
To be served on: REPRESENTATIVE OF USPLATE GLASS INSURANCE COMPANY C/O CHIEF FINANCIAL OFFICER, AS REGISTERED AGENT

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee TALLAHASSEE, FL | 1.00 | 59.00 | 59.00 |
| Rush Fee | 1.00 | 59.00 | 59.00 |
| TOTAL CHARGED: | | | $118.00 |
| **BALANCE DUE:** | | | **$118.00** |

Please indicate our invoice number on your check, or enclose a copy of this invoice with your payment.

In the event of collection, the attorney/client will be responsible for attorney fees and all costs incurred. Jurisdiction is vested in Miami Dade County, Florida.

MAJOR CREDIT CARDS ACCEPTED

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m

Gissen & Zawyer Process Service, Inc.
1550 Biscayne Blvd
Suite 200
Miami, FL 33132
Phone: (305) 371-4664
Fax: (305) 374-8262
65-0843868

**INVOICE** 

Invoice #ZPS-2013001503
1/11/2013



BERK, MERCHANT & SIMS, PLC
2 Alhambra Plaza
Ste 700
Coral Gables, FL 33134

Reference Number: 014063.0311

**Case Number: SOUTHERN 10-61984-CIV-OTAZO-REYES**

Plaintiff:
**200 LESLIE CONDOMINIUM ASSOCIATION**

Defendant:
**QBE INSURANCE CORPORATION**

Received: 1/8/2013   Served: 1/9/2013 7:05 pm   SUBSTITUTE - RESIDENCE
To be served on: RICHARD VILAIN

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Subpoena BROWARD) | 1.00 | 30.00 | 30.00 |
| Rush Fee | 1.00 | 30.00 | 30.00 |
| TOTAL CHARGED: | | | $60.00 |

**BALANCE DUE:** $60.00

Please indicate our invoice number on your check, or enclose a copy of this invoice with your payment.

In the event of collection, the attorney/client will be responsible for attorney fees and all costs incurred. Jurisdiction is vested in Miami Dade County, Florida.

MAJOR CREDIT CARDS ACCEPTED

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m

**Gissen & Zawyer Process Service, Inc.**  
1550 Biscayne Blvd  
Suite 200  
Miami, FL 33132  
Phone: (305) 371-4664  
Fax: (305) 374-8262  
65-0843868

**INVOICE**



Invoice #ZPS-2013002429  
1/18/2013



**BERK, MERCHANT & SIMS, PLC**  
2 Alhambra Plaza  
Ste 700  
Coral Gables, FL 33134

Reference Number: 014063.0311

**Case Number: SOUTHERN 10-61984-CIV-OTAZO-REYES**

Plaintiff:  
**200 LESLIE CONDOMINIUM ASSOCIATION**

Defendant:  
**QBE INSURANCE CORPORATION**

Received: 1/11/2013   Served: 1/16/2013 10:30 am  INDIVIDUAL  
To be served on: DAVE SMITH

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Service Fee (Subpoena BROWARD) | 1.00 | 30.00 | 30.00 |
| Rush Fee | 1.00 | 30.00 | 30.00 |
| TOTAL CHARGED: | | | $60.00 |

**BALANCE DUE:** $60.00

Please indicate our invoice number on your check, or enclose a copy of this invoice with your payment.

In the event of collection, the attorney/client will be responsible for attorney fees and all costs incurred.  Jurisdiction is vested in Miami Dade County, Florida.

MAJOR CREDIT CARDS ACCEPTED

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5m