# Taylor, Jonovic, White & Gendron / Florida Realtime Reporting   Invoice

Please visit us at www.taylorjonovic.com

750 SE 3rd Avenue
Suite 300
Fort Lauderdale, FL 33316
Phone: (305) 358-9047   Fax: (305) 371-3460

| Invoice Date | Invoice # |
|---|---|
| Thursday, January 19, 2012 | 57207EJR |

William Xanttopoulos
Berk, Merchant & Sims, P.A.
2 Alhambra Plaza
Suite 700
Coral Gables, FL 33134

Phone: (786) 338-2897   Fax: (786) 338-2888

| | |
|---|---|
| Witness: | Richard Vilain |
| Case: | 200 Leslie vs. QBE |
| Venue: | |
| Case #: | 10-61984-CIV |
| Date: | 12/20/2011 |
| Start Time: | 3:00 PM |
| End Time: | 6:10 PM |
| Reporter: | Dawn Jobe |
| Claim #: | |
| File #: | 22076JDR |

| Description | Quan | Total |
|---|---|---|
| Attendance Fee | 1 | $261.25 |
| Original Transcript | 99 | $519.75 |
| Exhibit Copies | 20 | $10.00 |
| Condensed, Index & Ascii | 1 | $35.00 |
| Courier Service | 1 | $10.00 |
| Sub Total | | $836.00 |
| Payments | | $836.00 |
| Balance Due | | $0.00 |

*handwritten:* -$45=
$791.00

Fed. I.D. # 59-2101118

*Please provide our invoice number on your payment. Thank you.*

# Taylor, Jonovic, White & Gendron / Florida Realtime Reporting     Invoice

Please visit us at www.taylorjonovic.com

750 SE 3rd Avenue  
Suite 300  
Fort Lauderdale, FL 33316  
Phone: (305) 358-9047     Fax: (305) 371-3460

| Invoice Date | Invoice # |
|---|---|
| Thursday, October 18, 2012 | 61605EJR |

William Xanttopoulos  
Berk, Merchant & Sims, P.A.  
2 Alhambra Plaza  
Suite 700  
Coral Gables, FL 33134

Phone: (786) 338-2897     Fax: (786) 338-2888

| | |
|---|---|
| **Witness:** | Jeffrey Golant |
| **Case:** | 200 Leslie vs. QBE |
| **Venue:** | |
| **Case #:** | 10-61984-CIV |
| **Date:** | 10/15/2012 |
| **Start Time:** | 1:00 PM |
| **End Time:** | 6:15 PM |
| **Reporter:** | Glenda Powers |
| **Claim #:** | |
| **File #:** | 26917JDR |

| Description | Quan | Total |
|---|---|---|
| Attendance Fee | 1 | $331.25 |
| Original Transcript - Expedited w/ Rough | 207 | $1,641.51 |
| Exhibit Copies | 54 | $27.00 |
| Condensed, Index & Ascii | 1 | $35.00 |
| Courier Service | 1 | $10.00 |
| | Sub Total | $2,044.76 |
| | Payments | $2,044.76 |
| | Balance Due | $0.00 |

*Handwritten annotations:*  
331.25  
$1086.75  
27.00  
―――――  
$1445.00

Fed. I.D. # 59-2101118

*Please provide our invoice number on your payment. Thank you.*

# Taylor, Jonovic, White & Gendron / Florida Realtime Reporting — Invoice

Please visit us at www.taylorjonovic.com

750 SE 3rd Avenue
Suite 300
Fort Lauderdale, FL 33316
Phone: (305) 358-9047  Fax: (305) 371-3460

| Invoice Date | Invoice # |
|---|---|
| Thursday, November 1, 2012 | 61869EJR |

William Xanttopoulos
Berk, Merchant & Sims, P.A.
2 Alhambra Plaza
Suite 700
Coral Gables, FL 33134

Phone: (786) 338-2897  Fax: (786) 338-2888

| | |
|---|---|
| Witness: | Jeffrey Golant |
| Case: | 200 Leslie vs. QBE |
| Venue: | |
| Case #: | 10-61984-CIV |
| Date: | 10/15/2012 |
| Start Time: | 1:00 PM |
| End Time: | 6:15 PM |
| Reporter: | Glenda Powers |
| Claim #: | |
| File #: | 26917JDR |

| Description | Quan | Total |
|---|---|---|
| Video Services - First Hour | 1 | $250.00 |
| Video Services - Additional Hour(s) | 5 | $550.00 |
| Sub Total | | $800.00 |
| Payments | | $800.00 |
| Balance Due | | $0.00 |

Fed. I.D. # 59-2101118

*Please provide our invoice number on your payment. Thank you.*

**Taylor, Jonovic, White & Gendron / Florida Realtime Reporting**  Invoice

Please visit us at www.taylorjonovic.com

750 SE 3rd Avenue
Suite 300
Fort Lauderdale, FL 33316
Phone: (305) 358-9047   Fax: (305) 371-3460

| Invoice Date | Invoice # |
|---|---|
| Friday, November 30, 2012 | 62260EJR |

William Xanttopoulos
Berk, Merchant & Sims, P.A.
2 Alhambra Plaza
Suite 700
Coral Gables, FL 33134

Phone: (786) 338-2897   Fax: (786) 338-2888

| | |
|---|---|
| Witness: | Richard Moore |
| Case: | 200 Leslie vs. QBE |
| Venue: | |
| Case #: | 10-61984-CIV |
| Date: | 11/26/2012 |
| Start Time: | 10:30 AM |
| End Time: | 6:10 PM |
| Reporter: | Cathy Rundell |
| Claim #: | |
| File #: | 27598JDR |

| Description | Quan | Total |
|---|---|---|
| Attendance Fee | 1 | $456.25 |
| Original Transcript - Expedited Delivery | 144 | $961.92 |
| Exhibit Copies | 27 | $13.50 |
| Condensed, Index & Ascii | 1 | $35.00 |
| Sub Total | | $1,466.67 |
| Payments | | $1,466.67 |
| Balance Due | | $0.00 |

*handwritten:*
456.25
756.00
13.50
─────
$1,225.75

Fed. I.D. # 59-2101118

*Please provide our invoice number on your payment. Thank you.*

# Taylor, Jonovic, White & Gendron / Florida Realtime Reporting     Invoice

Please visit us at www.taylorjonovic.com

750 SE 3rd Avenue
Suite 300
Fort Lauderdale, FL 33316
Phone: (305) 358-9047     Fax: (305) 371-3460

| Invoice Date | Invoice # |
|---|---|
| Friday, November 30, 2012 | 62262EJR |

William Xanttopoulos
Berk, Merchant & Sims, P.A.
2 Alhambra Plaza
Suite 700
Coral Gables, FL 33134

Phone: (786) 338-2897    Fax: (786) 338-2888

| | |
|---|---|
| **Witness:** | Judge Alicia Otazo-Reyes |
| **Case:** | 200 Leslie vs. QBE |
| **Venue:** | |
| **Case #:** | 10-61984-CIV |
| **Date:** | 11/26/2012 |
| **Start Time:** | 10:30 AM |
| **End Time:** | :0 |
| **Reporter:** | Cathy Rundell |
| **Claim #:** | |
| **File #:** | 7532RB |

| Description | Quan | Total |
|---|---|---|
| Original Transcript - Expedite | 60 | $535.80 |
| Condensed, Index & Ascii | 1 | $35.00 |
| Courier Service | 1 | $10.00 |
| Sub Total | | $580.80 |
| Payments | | $580.80 |
| Balance Due | | $0.00 |

*$315.00*

Fed. I.D. # 59-2101118

*Please provide our invoice number on your payment. Thank you.*

# Taylor, Jonovic, White & Gendron / Florida Realtime Reporting        Invoice

Please visit us at www.taylorjonovic.com

750 SE 3rd Avenue
Suite 300
Fort Lauderdale, FL 33316
Phone: (305) 358-9047    Fax: (305) 371-3460

| Invoice Date | Invoice # |
|---|---|
| Monday, December 3, 2012 | 62310EJR |

William Xanttopoulos
Berk, Merchant & Sims, P.A.
2 Alhambra Plaza
Suite 700
Coral Gables, FL 33134

Phone: (786) 338-2897    Fax: (786) 338-2888

| | |
|---|---|
| **Witness:** | David Taylor |
| **Case:** | 200 Leslie vs. QBE |
| **Venue:** | |
| **Case #:** | 10-61984-CIV |
| **Date:** | 11/21/2012 |
| **Start Time:** | 10:00 AM |
| **End Time:** | 12:15 PM |
| **Reporter:** | Craig Taylor |
| **Claim #:** | |
| **File #:** | 014063.0311        27594JDR |

| Description | Quan | Total |
|---|---|---|
| Attendance Fee | 1 | $140.00 |
| Original Transcript | 60 | $267.00 |
| Exhibit Copies | 10 | $5.00 |
| Condensed, Index & Ascii | 1 | $35.00 |
| | Sub Total | $447.00 |
| | Payments | $447.00 |
| | Balance Due | $0.00 |

*-35*
*$412.00*

Fed. I.D. # 59-2101118

*Please provide our invoice number on your payment. Thank you.*

# Taylor, Jonovic, White & Gendron / Florida Realtime Reporting     Invoice

Please visit us at www.taylorjonovic.com
750 SE 3rd Avenue
Suite 300
Fort Lauderdale, FL 33316
Phone: (305) 358-9047     Fax: (305) 371-3460

| Invoice Date | Invoice # |
|---|---|
| Tuesday, December 4, 2012 | 62382EJR |

William Xanttopoulos
Berk, Merchant & Sims, P.A.
2 Alhambra Plaza
Suite 700
Coral Gables, FL 33134

Phone: (786) 338-2897     Fax: (786) 338-2888

| | |
|---|---|
| **Witness:** | Daniel Sandoval |
| **Case:** | 200 Leslie vs. QBE |
| **Venue:** | |
| **Case #:** | 10-61984-CIV |
| **Date:** | 11/27/2012 |
| **Start Time:** | 10:30 AM |
| **End Time:** | 1:03 PM |
| **Reporter:** | Jessica Donnelly |
| **Claim #:** | |
| **File #:** | 014063.0311 |

27655JDR

| Description | Quan | Total |
|---|---|---|
| Attendance Fee | 1 | $140.00 |
| Original Transcript | 80 | $356.00 |
| Exhibit Copies | 31 | $15.50 |
| Condensed, Index & Ascii | 1 | $35.00 |
| Courier Service | 1 | $10.00 |
| | Sub Total | $556.50 |
| | Payments | $556.50 |
| | Balance Due | $0.00 |

*handwritten:* -$45
$511.50

Fed. I.D. # 59-2101118

*Please provide our invoice number on your payment. Thank you.*

# Taylor, Jonovic, White & Gendron / Florida Realtime Reporting — Invoice

Please visit us at www.taylorjonovic.com

750 SE 3rd Avenue
Suite 300
Fort Lauderdale, FL 33316
Phone: (305) 358-9047  Fax: (305) 371-3460

| Invoice Date | Invoice # |
|---|---|
| Tuesday, January 22, 2013 | 62932EJR |

Evelyn M. Merchant
Berk, Merchant & Sims, P.A.
2 Alhambra Plaza
Suite 700
Coral Gables, FL 33134

Phone: (786) 338-2900  Fax: (786) 338-2888

| | |
|---|---|
| Witness: | Richard Moore |
| Case: | 200 Leslie vs. QBE |
| Venue: | |
| Case #: | 10-61984-CIV |
| Date: | 1/17/2013 |
| Start Time: | 10:00 AM |
| End Time: | 10:40 AM |
| Reporter: | Jessica Donnelly |
| Claim #: | |
| File #: | 014063.0311 |

28213JDR

| Description | Quan | Total |
|---|---|---|
| Attendance Fee | 1 | $95.00 |
| Original Transcript - Overnight Delivery | 33 | $264.33 |
| Condensed, Index & Ascii | 1 | $35.00 |
| Courier Service | 1 | $10.00 |
| Sub Total | | $404.33 |
| Payments | | $404.33 |
| Balance Due | | $0.00 |

*Handwritten:* 95.00 / 189.75 / $284.75

Fed. I.D. # 59-2101118

*Please provide our invoice number on your payment. Thank you.*