# Taylor, Jonovic, White & Gendron / Florida Realtime Reporting — Invoice

Please visit us at www.taylorjonovic.com

750 SE 3rd Avenue  
Suite 300  
Fort Lauderdale, FL 33316  
Phone: (305) 358-9047    Fax: (305) 371-3460

| Invoice Date | Invoice # |
|---|---|
| Tuesday, January 22, 2013 | 62953EJR |

Evelyn M. Merchant  
Berk, Merchant & Sims, P.A.  
2 Alhambra Plaza  
Suite 700  
Coral Gables, FL 33134

Phone: (786) 338-2900   Fax: (786) 338-2888

| | |
|---|---|
| Witness: | Tape Transcriptions |
| Case: | 200 Leslie vs. QBE |
| Venue: | |
| Case #: | 10-61984-CIV |
| Date: | 1/17/2013 |
| Start Time: | 10:00 AM |
| End Time: | :0 |
| Reporter: | Dawn Jobe |
| Claim #: | |
| File #: | 014063.0311 |

15871EJR

| Description | Quan | Total |
|---|---|---|
| Tape Transcriptions - Expedited<br>6/8/04, 8/18/04, 12/8/04 | 93 | $1,185.75 |
| Sub Total | | $1,185.75 |
| Payments | | $1,185.75 |
| Balance Due | | $0.00 |

Fed. I.D. # 59-2101118

*Please provide our invoice number on your payment. Thank you.*

# Taylor, Jonovic, White & Gendron / Florida Realtime Reporting — Invoice

Please visit us at www.taylorjonovic.com

750 SE 3rd Avenue
Suite 300
Fort Lauderdale, FL 33316
Phone: (305) 358-9047  Fax: (305) 371-3460

| Invoice Date | Invoice # |
|---|---|
| Tuesday, January 15, 2013 | 62848EJR |

Evelyn M. Merchant
Berk, Merchant & Sims, P.A.
2 Alhambra Plaza
Suite 700
Coral Gables, FL 33134

Phone: (786) 338-2900  Fax: (786) 338-2888

| | |
|---|---|
| Witness: | Tape Transcriptions |
| Case: | 200 Leslie vs. QBE |
| Venue: | |
| Case #: | 10-61984-CIV |
| Date: | 1/17/2013 |
| Start Time: | 10:00 AM |
| End Time: | :0 |
| Reporter: | Craig Taylor |
| Claim #: | |
| File #: | 014063.0311 |

15866EJR

| Description | Quan | Total |
|---|---|---|
| Tape Transcriptions - Expedited<br>7/9/03, 3/16/04, 10/27/04 | 161 | $2,052.75 |
| Sub Total | | $2,052.75 |
| Payments | | $2,052.75 |
| Balance Due | | $0.00 |

Fed. I.D. # 59-2101118

*Please provide our invoice number on your payment. Thank you.*

# Taylor, Jonovic, White & Gendron / Florida Realtime Reporting — Invoice

Please visit us at www.taylorjonovic.com

750 SE 3rd Avenue
Suite 300
Fort Lauderdale, FL 33316
Phone: (305) 358-9047    Fax: (305) 371-3460

| Invoice Date | Invoice # |
|---|---|
| Tuesday, January 15, 2013 | 62849EJR |

Evelyn M. Merchant
Berk, Merchant & Sims, P.A.
2 Alhambra Plaza
Suite 700
Coral Gables, FL 33134

Phone: (786) 338-2900    Fax: (786) 338-2888

| | |
|---|---|
| Witness: | Tape Transcriptions |
| Case: | 200 Leslie vs. QBE |
| Venue: | |
| Case #: | 10-61984-CIV |
| Date: | 1/17/2013 |
| Start Time: | 10:00 AM |
| End Time: | :0 |
| Reporter: | Glenda Powers |
| Claim #: | |
| File #: | 014063.0311 |

15867EJR

| Description | Quan | Total |
|---|---|---|
| Tape Transcriptions - Expedited | 213 | $2,715.75 |
| 4/5/06 (1-3), 1/5/06A, 1/5/06C, 11/17/04B, 8/25/ | | |
| | Sub Total | $2,715.75 |
| | Payments | $2,715.75 |
| | Balance Due | $0.00 |

Fed. I.D. # 59-2101118

*Please provide our invoice number on your payment. Thank you.*

## Taylor, Jonovic, White & Gendron / Florida Realtime Reporting — Invoice

Please visit us at www.taylorjonovic.com

750 SE 3rd Avenue  
Suite 300  
Fort Lauderdale, FL 33316  
Phone: (305) 358-9047   Fax: (305) 371-3460

| Invoice Date | Invoice # |
|---|---|
| Tuesday, January 15, 2013 | 62850EJR |

Evelyn M. Merchant  
Berk, Merchant & Sims, P.A.  
2 Alhambra Plaza  
Suite 700  
Coral Gables, FL 33134

Phone: (786) 338-2900   Fax: (786) 338-2888

| | |
|---|---|
| Witness: | Tape Transcriptions |
| Case: | 200 Leslie vs. QBE |
| Venue: | |
| Case #: | 10-61984-CIV |
| Date: | 1/17/2013 |
| Start Time: | 10:00 AM |
| End Time: | : 0 |
| Reporter: | Jessica Donnelly |
| Claim #: | |
| File #: | 014063.0311 |

15868EJR

| Description | Quan | Total |
|---|---|---|
| Tape Transcriptions - Expedited | 297 | $3,786.75 |
| 7/12/06A, 11/16/05C, 11/15/05A, 5 ('05), 4 ('05) | | |
| 5/26/05B, 5/26/05A, 4/17/05B, 4/17/05A | | |
| | Sub Total | $3,786.75 |
| | Payments | $3,786.75 |
| | Balance Due | $0.00 |

Fed. I.D. # 59-2101118

*Please provide our invoice number on your payment. Thank you.*

# Taylor, Jonovic, White & Gendron / Florida Realtime Reporting — Invoice

Please visit us at www.taylorjonovic.com

750 SE 3rd Avenue  
Suite 300  
Fort Lauderdale, FL 33316  
Phone: (305) 358-9047    Fax: (305) 371-3460

| Invoice Date | Invoice # |
|---|---|
| Tuesday, January 15, 2013 | 62851EJR |

Evelyn M. Merchant  
Berk, Merchant & Sims, P.A.  
2 Alhambra Plaza  
Suite 700  
Coral Gables, FL 33134

Phone: (786) 338-2900    Fax: (786) 338-2888

| | |
|---|---|
| **Witness:** | Tape Transcriptions |
| **Case:** | 200 Leslie vs. QBE |
| **Venue:** | |
| **Case #:** | 10-61984-CIV |
| **Date:** | 1/17/2013 |
| **Start Time:** | 10:00 AM |
| **End Time:** | :0 |
| **Reporter:** | Patricia/Patty Benedit |
| **Claim #:** | |
| **File #:** | 014063.0311    15869EJR |

| Description | Quan | Total |
|---|---|---|
| Tape Transcriptions - Expedited<br>7/21/04A, 8/18/04A, 10/27/04A, 11/17/04A<br>11/16/05E, C ('05), Tow car203 | 264 | $3,366.00 |
| Sub Total | | $3,366.00 |
| Payments | | $3,366.00 |
| Balance Due | | $0.00 |

Fed. I.D. # 59-2101118

*Please provide our invoice number on your payment. Thank you.*